# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      :

     :

v.      :      Criminal Case No. GLR-09-0124

     :

DONTE CHANDLER      :

## ORDER CONTINUING SUPERVISED RELEASE

This matter came before the court for a hearing on an alleged violation of

Supervised Release. Counsel having been heard, and the court having rendered an oral

opinion, it is this _26th_ day of _June_ , _2019_ for reasons stated in open court ORDERED:

1) That the defendant admitted to being in violation of conditions of Supervised Release, as specified: Violation #1 – Defendant shall not commit any federal, state or local crime (Conviction of Driving While Impaired by Alcohol on 12/30/217 in Baltimore City Circuit Court under case #818134008); and Violation #3 – Defendant shall not commit any federal, state or local crime (Conviction of Driving a Motor Vehicle on the Highway Without Required License and Authorization on 5/14/2018 in Harford County District Court under case #3880MBL).

2) That Supervised Release is continued on the same terms and conditions as previously imposed and with the following modifications: (1`) the defendant is restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer. You will be monitored by the form of location monitoring technology indicated below for a period of _6_ months, and you must follow the rules and regulations of the location monitoring program. The Probation Office will assume the expense of the electronic monitoring program.
        ***Radio Frequency Monitoring (RF) – Preferred for Home detention

3) The defendant shall be allowed to leave his residence for service of his state sentencing on weekends.

4) Oral motion of the government dismissing the alleged pending violations is granted.

5) Clerk is directed to send a copy of this order to all counsel of record.

**George L. Russell III**
**United States District Judge**